IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

E CREDIT EXPRESS, INC.,

Plaintiff,

v.

AUTOGRAVITY CORPORATION,

Defendant.

C.A. No. 1:18-cv-783-VAC-MPT

**JURY TRIAL DEMANDED**

### AUTOGRAVITY CORPORATION'S
### <u>MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM</u>

Defendant AutoGravity Corporation ("AutoGravity") respectfully moves this Court to dismiss Plaintiff E Credit Express, Inc.'s Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in AutoGravity's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: July 16, 2018

FISH & RICHARDSON P.C.

By:  */s/ Jeremy D. Anderson*
       Jeremy D. Anderson (Bar No. 4515)
       222 Delaware Avenue, 17th Floor
       Wilmington, Delaware 19899
       (302) 652-5070 (Telephone)
       janderson@fr.com

       Neil J. McNabnay
       David B. Conrad
       Ricardo J. Bonilla
       Rodeen Talebi
       1717 Main Street, Suite 5000
       Dallas, Texas 75201
       (214) 747-5070 (Telephone)
       (214) 747-2091 (Facsimile)
       mcnabnay@fr.com; conrad@fr.com;
       rbonilla@fr.com; talebi@fr.com

ATTORNEYS FOR DEFENDANT
AUTOGRAVITY CORPORATION