## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **E Credit Express, Inc.,** <br><br> Plaintiff, <br><br> v. <br><br> **AutoGravity Corporation,** <br><br> Defendant. | Case No. 1:18-cv-00783-VAC-MPT <br><br> Patent Case <br><br> Jury Trial Demanded |

### JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME

Counsel for Plaintiff and counsel for Defendant have met and conferred regarding extending Plaintiff's time to respond to Defendant's Motion to Dismiss and Opening Brief in Support (D.I.s 7, 8), which is currently due on July 30, 2018. Subject to the Court's approval, the parties request the Plaintiff's time file its response to Defendant's Motion to Dismiss and Opening Brief be extended thirty days up to and including August 30, 2018. Defendant's time to file its reply brief shall be extended to September 20, 2018.

Counsel for Plaintiff and counsel for Defendant have also met and conferred regarding extending Plaintiff's time to respond to Defendant's Answer and Counterclaims. (D.I. 9). Subject to the Court's approval, the parties request that Plaintiff's time to file its response to Defendant's Answer and Counterclaims be extended to August 30, 2018.

The reason for the requested extensions is to allow counsel for Plaintiff additional time to investigate the allegations set forth in Defendant's Motion and Counterclaims, consult with their clients, and consider an appropriate response. No party will be prejudiced by these brief extensions.

Dated: July 17, 2018                             Respectfully submitted,

                                        /s/Stamatios Stamoulis

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

Isaac Rabicoff
Kenneth Matuszewski
RABICOFF LAW LLC
73 W Monroe St
Chicago, IL 60603
773-669-4590
isaac@rabilaw.com
kenneth@rabilaw.com

***Attorneys for E-Credit Express, Inc.***

By: /s/ janderson@fr.com
FISH & RICHARDSON P.C.
Jeremy D. Anderson (No. 4515)
222 Delaware Avenue, 17th Floor
Wilmington, Delaware 19801
(302) 658-5070 (Telephone)
(302) 652-0607 (Facsimile)
janderson@fr.com

Neil J. McNabnay
David B. Conrad
Ricardo J. Bonilla
Rodeen Talebi
1717 Main Street, Suite 5000
Dallas, Texas 75201
mcnabnay@fr.com; conrad@fr.com;
rbonilla@fr.com; talebi@fr.com

***Attorneys for Defendant AutoGravity Corporation***